UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD RAMOS, et al.,

Plaintiffs,

v.

DEFENDANT DONOR SERVICES, INC., et al.,

Defendants.

No. 2:25-cv-01997-DC-JDP

ORDER SUBMITTING TO ARBITRATION THE CLAIMS BROUGHT BY PLAINTIFFS SHELBY SHORTRIDGE AND REBEKAH WILSON PURSUANT TO THE PARTIES' STIPULATION

(Doc. No. 22)

On February 5, 2026, the parties filed a stipulation notifying the court that Plaintiffs Shelby Shortridge and Rebekah Wilson have agreed to submit their claims against Defendants to individual, binding arbitration pursuant to the arbitration agreements they signed. (Doc. No. 22.) The parties also stipulate that the claims by Plaintiffs Shortridge and Wilson will be stayed pending completion of their individual arbitrations. (*Id.* at 3.) The parties further stipulate that Plaintiff Edward Ramos's claims will be stayed pending the submission to arbitration of the claims by Plaintiffs Shortridge and Wilson, at which point "the parties will have determined whether Plaintiff Ramos's claims will proceed to alternative dispute resolution," and the parties agree to file a joint status report advising the court whether any further action by the court is requested as to Plaintiff Ramos. (*Id.*)

Pursuant to that stipulation, and good cause appearing, the court orders as follows:

1

1. Plaintiff Shelby Shortridge's claims brought in this action against Defendants are hereby submitted to arbitration pursuant to the parties' arbitration agreement;

2. Plaintiff Rebekah Wilson's claims brought in this action against Defendants are hereby submitted to arbitration pursuant to the parties' arbitration agreement

3. Proceedings in this case as to Plaintiffs Shelby Shortridge and Rebekah Wilson's are STAYED pending completion of the arbitrations of their claims against Defendants;

4. Defendants and Plaintiffs Shelby Shortridge and Rebekah Wilson shall file a joint status report regarding the status of their respective arbitrations within 180 days from the date of entry of this order, and every 60 days thereafter, until the arbitration proceedings are completed;

5. Defendants and Plaintiffs Shelby Shortridge and Rebekah Wilson shall file a joint status report to notify the court that arbitration proceedings have concluded within fourteen (14) days of the issuance of the arbitrator's decision;

6. Proceedings in this case as to Plaintiff Edward Ramos are STAYED until further order of the court; and

7. Defendants and Plaintiff Edward Ramos shall file a joint status report by no later than April 27, 2026.

IT IS SO ORDERED.

Dated:   **February 19, 2026**

Dena Coggins
United States District Judge

2